UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06119-CAS-PDx | Date | July 30, 2026 |
| Title | MFA 8th and Figueroa, LLC v. Kyle Baskin | | |

| | | |
|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | |
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On March 6, 2026, plaintiff MFA 8th and Figueroa, LLC ("plaintiff") filed this unlawful detainer action against defendants Kyle Baskin ("defendant") and Does 1 through 10, inclusive, in Los Angeles County Superior Court. Dkt. 1 at 5. Defendant, pro se, removed the case to this Court on June 5, 2026. Id. at 1. Defendant concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 28 U.S.C. § 1331, § 1441 and the "Protecting Tenants Moratorium Act").

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5-10. Defendant asserts that his demurrer to the complaint is based on a defective notice that "failed to comply with The Protecting Tenants Moratorium Act." Dkt. 1 at 2. However, a defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses. McAtee, 479 F.3d at 1145.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06119-CAS-PDx | Date | July 30, 2026 |
| Title | MFA 8th and Figueroa, LLC v. Kyle Baskin | | |

Accordingly, defendant is hereby ORDERED TO SHOW CAUSE, in writing, on or before **August 13, 2026**, why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |