UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06119-CAS-PDx | Date | August 14, 2026 |
| Title | MFA 8th and Figueroa, LLC v. Kyle Baskin | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO REMAND

On March 6, 2026, plaintiff MFA 8th and Figueroa, LLC ("plaintiff") filed this unlawful detainer action against defendants Kyle Baskin ("defendant") and Does 1 through 10, inclusive, in Los Angeles County Superior Court. Dkt. 1 at 5. Defendant, pro se, removed the case to this Court on June 5, 2026. Id. at 1. Defendant concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Defendant asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 28 U.S.C. § 1331, § 1441 and the "Protecting Tenants Moratorium Act").

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5-10. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On July 30, 2026, the Court ordered defendant to show cause, in writing, no later than August 13, 2026, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 9. Defendant failed to respond to the order to show cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06119-CAS-PDx | Date | August 14, 2026 |
| Title | MFA 8th and Figueroa, LLC v. Kyle Baskin | | |

Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |